RECEIVED

JAN 2 4 2007

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

RECEIVED

MAR - 1 2007

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**LAFAYETTE DIVISION**

| | |
|---|---|
| **GARY PAUL JOSEPH** | **CIVIL ACTION NO. 06-1679** |
| **VS.** | **SECTION P** |
| **WARDEN TERRY TERRELL** | **JUDGE DOHERTY** |
| | **MAGISTRATE JUDGE HILL** |

## J U D G M E N T

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. No objections have been filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein. Accordingly;

**IT IS ORDERED** that this petition for federal *habeas corpus* relief be **DENIED AND DISMISSED WITH PREJUDICE** because petitioner's claims are barred by the one-year limitation period codified at 28 U.S.C. § 2244(d), and alternatively **SUMMARILY DENIED AND DISMISSED WITH PREJUDICE** pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts because the petition and exhibits annexed thereto clearly establish that petitioner is not entitled to federal *habeas corpus* relief.

THUS DONE AND SIGNED, in chambers, in Lafayette, Louisiana, on this ___1st___ day of ___March___, 2007.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE